IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00687-MEH

CAROL GIANFRANCISCO,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE COUNTY OF DENVER AND STATE OF COLORADO,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 27, 2014.**

    In light of the Consent Form filed by the parties (docket #11), in which one party does not consent to the jurisdiction of the Magistrate Judge, the Court directs the Clerk of the Court to reassign the case in accordance with the applicable Pilot Program.