IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00687-RPM-MEH

CAROL GIANFRANCISCO,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE COUNTY OF DENVER AND STATE OF COLORADO,

    Defendant.

---

ORDER VACATING SCHEDULING CONFERENCE

---

    Upon reassignment of this civil action and this Court's case management procedures, it is

    ORDERED that the Minute Order entered on March 7, 2014 [4], by Magistrate Judge Michael E. Hegarty, setting a scheduling conference for May 30, 2014 at 10:00 a.m., is vacated.

    DATED: May 28th, 2014

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____

                                          Richard P. Matsch, Senior District Judge