IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00687-RPM

CAROL GIANFRANCISCO,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE COUNTY OF DENVER AND STATE OF COLORADO,

    Defendant.

___

ORDER DENYING MOTION TO DISMISS
___

On April 21, 2014, the defendant filed a motion to dismiss pursuant to Fed.R.Civ.P 12(b)(6), [9], the plaintiff filed her response on May 15, 2014, [10].  There is no need to wait for a reply from the defendant because the allegations of the complaint are sufficient to state a claim against the defendant School District for relief from an alleged violation of the First Amendment to the United States Constitution by taking adverse employment action against the plaintiff in retaliation for protected speech.  That speech is alleged to have been made in November, 2009 and the defendant asserts the bar of the two year statute of limitations.  The plaintiff's allegations are sufficient to support her contention that the initial adverse action by terminating her employment at Contemporary Learning Academy was intentionally covered up by giving her a position at Florence Crittenton High School for a two year period which, essentially, was done to prevent her from proceeding with the lawsuit.  Whether under equitable tolling or a continuing violation theory, the complaint may not be dismissed at this time based on the statute of limitations.  Additionally, the plaintiff has sufficiently pleaded official action by the School

District.  It is therefore

      ORDERED that the defendant's motion to dismiss is denied.

      DATED: May 28th, 2014

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge