IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00687-RPM

CAROL GIANFRANCISCO,

     Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE COUNTY OF DENVER AND STATE OF COLORADO,

     Defendant.

_____

ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT
_____

     After review of Plaintiff's Unopposed Motion for Leave to Amend Complaint,

filed May 30, 2014 [17], it is

     ORDERED that the motion [17] is granted and the attached First Amended Complaint

and Jury Demand [17-1] is accepted and filed today.

     DATED: June 2nd , 2014

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge