IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00687-RPM

CAROL GIANFRANCISCO,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE COUNTY OF DENVER AND STATE OF COLORADO,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

    Pursuant to the stipulation for dismissal with prejudice [26] it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own attorney fees and costs.

    DATED: March 3, 2015

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior Judge